**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
M.G. and K.G., individually and on behalf of N.G.,

                              Plaintiffs,
       -against-                                      23 **CIVIL** 9742 (CS)

                                                        **JUDGMENT**

RYE CITY SCHOOL DISTRICT,

                              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 30, 2025, the District's motion to dismiss the case for lack of subject matter jurisdiction is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      January 30, 2025

                                                           **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                 **BY:**
                                                            **Deputy Clerk**